**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



**ORDER**

Appellate case name:       Dernick Resources, Inc. v. David Wilstein and Leonard Wilstein, Individually and as Trustee of the Leonard and Joyce Wilstein Revocable Trust

Appellate case number:    01-13-00853-CV

Trial court case number:   2002-31310

Trial court:                        164th District Court of Harris County

On April 11, 2014, appellees/cross-appellants, David Wilstein and Leonard Wilstein, Individually and as Trustee of the Leonard and Joyce Wilstein Revocable Trust, filed an "Emergency Motion to Increase Amount of Deposit in Lieu of Supersedeas Bond." *See* TEX. R. APP. P. 24.4.

The Court requests a response to the motion by appellant, Dernick Resources, Inc. Any response by appellant is due no later than May 8, 2014.

It is so ORDERED.

Judge's signature: /s/ Evelyn V. Keyes
　　　　　　　　　☒ Acting individually　　☐ Acting for the Court

Date: April 17, 2014